UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY BEEDLE,

    Plaintiff,

v                                   Case No. 05-70430

DR. DEMASI, *et al*,         DISTRICT JUDGE ARTHUR J. TARNOW

    Defendants.         MAG. JUDGE VIRGINIA M. MORGAN

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    There having been no objection to Magistrate Judge Morgan's Report and Recommendation [Docket #73-1] filed July 17, 2006 and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Morgan is adopted.

                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
                                            United States District Judge

Dated: August 22, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 22, 2006, by electronic and/or ordinary mail.

                                            s/Catherine A. Pickles
                                            Judicial Secretary