UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY BEEDLE,

       Plaintiff,                    CIVIL ACTION NO. 05 CV 70430 DT

      v.                             DISTRICT JUDGE ARTHUR J. TARNOW

DR. DEMASI, DR. DOANE,       MAGISTRATE JUDGE VIRGINIA MORGAN
DEBRA KRUG and G. ROBERT
COTTON CORRECTIONAL
FACILITY HEALTH CARE,

       Defendants.
_____/

## MEMORANDUM OF STATUS CONFERENCE

A status conference was conducted with counsel and the magistrate judge on August 24, 2006. The court notes the following:

1. An amended Rule 26(f) plan will be filed.

2. All counsel agreed on taking plaintiff's deposition and counsel for Debra Krug will submit an order for signature by the magistrate judge.

                                                        S/VIRGINIA M. MORGAN
                                                        VIRGINIA M. MORGAN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: <u>August 28, 2006</u>

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Report and Recommendation was served upon counsel of record via the Court's ECF System and/or U. S. Mail on August 28, 2006.

                                                s/Kendra Byrd
                                                Case Manager to
                                                Magistrate Judge Virginia M. Morgan